IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 4:03-CR-00031** |
| | : | |
| **v.** | : | |
| | : | |
| **SETH MICHAEL JOHN YOCUM** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW**, for the reasons set forth in the Court's accompanying memorandum, it is hereby **ORDERED** that the Defendants' motion for compassionate release, (Doc. 70), is **DENIED**.

**SO ORDERED.**

>*/s/ Sylvia H. Rambo*
>SYLVIA H. RAMBO
>United States District Judge

Dated: May 26, 2021